UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| ST. CYR SMITH | NO. 13-107-JJB-RLB |

**ORDER OF DISMISSAL**

For the written reasons assigned and filed herein:

IT IS ORDERED that the Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is DENIED. Further, in the event that Petitioner seeks to appeal the Court's Ruling, a certificate of appealability is DENIED.

Baton Rouge, Louisiana, this __1st__ day of August, 2017.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA